548

389 A.2d 182
Commonwealth v. Tillery, Appellant.

Submitted September 12, 1977.   Roy H. Davis, Assistant Public Defender, for appellant; Thomas M. Regan, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 182
Commonwealth v. Tolbert, Appellant.

Submitted December 6, 1976.   Leonard Sosnov, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.